UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JON MAYER,

                                  Plaintiff,                **ORDER**
                                                                             CV 05-5514(NGG)(ARL)

            -against-

TOWN OF ISLIP, DENNIS MCHUGH, and
JOSEPH MANDANISI,

                                Defendants.
------------------------------------------------------------X

**LINDSAY, Magistrate Judge:**

      A telephone conference has been scheduled for **October 10, 2006 at 10:30 a.m.** to address the plaintiff's September 27, 2006 letter requesting a premotion conference referred to the undersigned by Judge Garaufis. Counsel for the plaintiff is directed to initiate the call and have all parties on the line before connecting to the Court at **(631) 712-5730**.


Dated:  Central Islip, New York              **SO ORDERED:**
         October 3, 2006


                                                     _____/s/_____
                                                   ARLENE R. LINDSAY
                                                   United States Magistrate Judge